02CV1758MINUTE
(cv/mtg (January 10, 2002))

HONORABLE **HALL**
DEPUTY CLERK **BOROSKEY**    RPTR/ERO/TAPE **FIDANZA**

TOTAL TIME: ___ hours **35** minutes

DATE **3-9-04**    START TIME **3:30**    END TIME **4:05**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**HOYT**

vs.

**ST of CT**

CIVIL NO. **3:02CV1758JCH**
§
§                      **JOSEPH JORDANO**
§                         Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                      **KIT ENGSTROM**
§                        Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing    ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing    ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing    ☐ (fairhrg.) Fairness Hearing    ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

☐ ... # ___   Motion **FOR SUMMARY JUDGMENT** ___   ☐ granted ☐ denied ☑ advisement
☐ ... # ___   Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... # ___   Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... # ___   Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... # ___   Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... # ___   Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ... # ___   Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ......   Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ......   Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ......   Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ......   Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ......   ☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___
☐ ......   **Plf motion to ext time to get info - GR 5 days**   ☐ filed ☐ docketed
☐ ......   ___   ☐ filed ☐ docketed
☐ ......   ___   ☐ filed ☐ docketed
☐ ......   ___   ☐ filed ☐ docketed
☐ ......   ___   ☐ filed ☐ docketed
☐ ......   ___   ☐ filed ☐ docketed
☐ ......   ___   ☐ filed ☐ docketed
☐ ......   ___   ☐ filed ☐ docketed
☐ ......   ___   ☐ filed ☐ docketed
☐ ......   ___   ☐ filed ☐ docketed
☐ ......   _____ Hearing continued until _____ at _____