UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NANCY HOYT

V                                                               3:02CV1758 JCH

DEPARTMENT OF CHILDREN
AND FAMILIES

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 19, 2004, entered a Ruling and Order granting the defendant's motion.

Therefore, it is ORDERED and ADJUDGED that summary judgment is granted and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of March, 2004.

KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
     Catherine Boroskey
     Deputy Clerk

Entered on Docket _____