UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY HOYT | : | CIV. NO. 3:02CV1758(JCH) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CHILDREN | : | |
| and FAMILIES | : | May 3, 2004 |
| *Defendant*. | | |

## MOTION FOR COSTS

Defendant's motion for summary judgment was granted on March 17, 2004 (Doc. # 24). Judgment in this matter was entered on March 29, 2004. (Doc. # 25). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully request that

    a.    The court assess costs in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

    b.    The $500.00 bond posted by the plaintiff (Doc. # 13) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited in part in the amount of $365.00 and paid over to the State of Connecticut, Attorney General's Office, to satisfy the bill of costs.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

                        DEFENDANT
                        DEPARTMENT OF CHILDREN & FAMILIES

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

BY: _____
        Joseph A. Jordano
        Assistant Attorney General
        Federal Bar # ct21487
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax: (860) 808-5383
        E-mail: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this _____ day of May, 2004 to all counsel of record.

    John R. Williams, Esq.
    Williams & Pattis, LLC
    59 Elm Street, Suite 409
    New Haven, CT  06510

                              _____
                              Joseph A. Jordano
                              Assistant Attorney General

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY HOYT<br>*Plaintiff*, | : | CIV. NO. 3:02CV1758(JCH) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CHILDREN<br>and FAMILIES<br>*Defendant* | :<br>:<br>:<br>: | May 3, 2004 |

## BILL OF COSTS

1. Fees of the Court Reporter .......................................... $ 365.00
    Deposition of Nancy Hoyt, dated
    July 2, 2003 -- bill attached

       **TOTAL**                                            **$ 365.00**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| NANCY HOYT | : | CIV. NO. 3:02CV1758(JCH) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CHILDREN | : | |
| and FAMILIES | : | |
| *Defendant* | : | May 3, 2004 |

**CERTIFICATION**

I, Joseph A. Jordano, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Joseph A. Jordano
Assistant Attorney General


Subscribed and sworn to before me by the above affiant on this the _____ day of May, 2004.

_____
Notary Public/Commissioner of the Superior Court