**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY -4  A 11: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

NANCY HOYT                          :    CIV. NO. 3:02CV1758(JCH)
    *Plaintiff,*                    :

    v.                              :

STATE OF CONNECTICUT                :
DEPARTMENT OF CHILDREN
and FAMILIES                        :    May 3, 2004
    *Defendant.*

## MOTION FOR COSTS

Defendant's motion for summary judgment was granted on March 17, 2004 (Doc. # 24).

Judgment in this matter was entered on March 29, 2004. (Doc. # 25). Pursuant to the provisions

of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil

Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully

request that

    a.    The court assess costs in this action consistent with the Bill of Costs and Certifi-

cation attached to this motion as Exhibits A and B.

    b.    The $500.00 bond posted by the plaintiff (Doc. # 13) as security for costs in this

action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited in part

in the amount of $365.00 and paid over to the State of Connecticut, Attorney General's Office,

to satisfy the bill of costs.

1. The actual amounts paid have, in applicable situations, been reduced to reflect the maxi-

mum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to

Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

*[handwritten margin note:] Motion granted in amount of $286.90 (including tax), which is to be satisfied out of the security for costs. SO ORDERED*